IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

__JOHN F. O'SHEA_____, Plaintiff

v.

__COLORADO DEPARTMENT OF CORRECTIONS,__

__JEFFERSON COUTNY DETENTION CENTER,__

__ADAMS COUTNY DETENTION CENTER__, Defendant(s).

**Jury Trial requested:**
(please check one)
__X__ Yes ____ No

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 27 2022
JEFFREY P. COLWELL
CLERK

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**PRISONER COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

__JOHN F. O'SHEA DOC#190116 PO BOX 2005 BUENA VISTA CO. 81211__
(Name, prisoner identification number, and complete mailing address)


(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*)


### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:
(Name, job title, and complete mailing address)
COLORADO DEPARTMENT OF CORRECTIONS
1250 ACADEMY PARK LOOP COLORADO SPRINGS CO. 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:




Defendant 1 is being sued in his/her ___ individual and/or _X_ official capacity.

2

Defendant 2: ____JEFFERSON COUNTY DETENTION CENTER 200 JEFFERSON COUTNY PARKWAY GOLDEN CO. 80204
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: ____ADAMS COUNTY DENTENTION CENTER 150 NORTH 19ᵀᴴ AVENUE BRIGHTON CO.80601
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or _X_ official capacity.

**C.  JURISDICTION**
*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_  42 U.S.C. § 1983 (state, county, and municipal defendants)

3

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

__X__ Other: (*please identify*) Defendants are in violation of C.R.S. 13-45-102 and Wilson in his petition for a writ of habeas corpus alleged that he was "unlawfully confined, detained and restrained of his liberty in the county jail," and that his imprisonment resulted from an invalid "hold order" issued by the Colorado Parole Department. Illegality of the imprisonment was based upon the action of the Parole Board in holding him as an alleged parole violator for more than fifteen days without the alternative action required by the statute of either releasing him or revoking his parole and returning him to the institution from which he was paroled.
Schooley v. Wilson, 374 P.2d 353, 355-354, 150 Colo. 483, 484, 1962 Colo. LEXIS 371, *1 (Colo. September 4, 1962)

### D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Unlawful imprisonment and negligence

Supporting facts:

1. 10 January 2020, Plaintiff (John F. O'Shea) is arrested and held at Jefferson county detention center for 20CR153, 20CR00382, 19CR406, 19CR3154, 19CR00406, and 19CR00275.
2. 4 April 2020, Plaintiff is released from Jefferson county detention center on PR bonds for 20CR00382, 20CR153, 19CR003154.
3. 24 June Plaintiff is arrested in Adams County for cases 2CR2117, 2CR00382, 20CR153, And 19CR003154.
4. 6 November, Plaintiff is sentenced in Arapahoe County to time served for 19CR003154 and to 1yr community corrections for Denver county case 20CR00382.
5. 16 November 2020, Plaintiff is sentenced to 241 days community corrections with 241days time served to be run concurrent with all other cases for Jefferson County case 20CR153.

4

6. 25 November 2020, Plaintiff picked up from Adams county detention center by Colorado department of corrections for 20CR153 when there was no department of corrections sentence imposed. Plaintiff is released to parole later that day with active cases and unpaid Bonds for 20CR2117 and a community Corrections sentence for 20Cr00382.
7. 11 January 2021, Plaintiff is arrested in Jefferson county for 21CR130, 20M3175, parole hold for 20CR153 doc# 109116 which is an illegal DOC sentence and Parole, and 20CR2117.
8. 2 March 2021, Parole hold dropped and sentenced corrected to reflect Direct sentence to 214 days community corrections with 214 days time served.
9. 8 March 2021, plaintiff is sentenced via Video court in Adams County to 6yrs direct sentence community corrections.
10. 24 March 2021, Doc sentence added back in and vacated per request of DOC for case 20CR153.
11. 9 April 2021, plaintiff is transported from Jefferson County detention Center to Adams County Detention Center.
12. During this time of unlawful imprisonment plaintiff suffers injuries as stated in civil Case # 22-cv-0081-MEH.
13. 11 May 2021, Warrant is issued by Adams County and Denver county for FTC with community Corrections sentence and unauthorized absence.
14. 11 August 2021, Plaintiff is arrested in Denver county for 21CR004788 and Warrants for Adams and Denver county for FTC with community Corrections sentence and unauthorized absence.
15. 16 August 2021, Plaintiffs community correction sentenced is vacated and changed to a Department of corrections sentenced.
16. 23 August 2021, Charges for 21CR04788 are dismissed and case is closed at 930am.
17. 24 August 2021, Plaintiff is released on parole from DRDC to detainer for Denver 21CR04788. NCIC at DRDC doesn't show Adams County warrants for FTC and unauthorized absence with no Bond hold. Plaintiff is taken to Denver city Jail and is and is held on Adams county warrants with a no bond hold.
18. 29 September 2021, Plaintiff is sentenced in Adams County via video court for 20CR2117. Plaintiffs community corrections sentence is vacated and Department of corrections sentence is imposed to be ran concurrent with 20CR00382 and 20CR153.
19. 11 October 2021, Plaintiff is transported to DRDC for 20CR2117 and parole return for 20CR00382. Plaintiff is not being awarded time for concurrent sentences and is also not being given the opportunity to be returned to community Corrections.
20. 18 December 2021, Plaintiff has court via video for unauthorized absence from community corrections after the charges were dismissed on 9/29/2021 and was told court records were lost and plead guilty and was sentenced to 82 days with 82days time served.
21. 22 March 2022, Plaintiff is told by CM Andrews that there is a detainer in DOC system for 21CR04788 and can not progress to Community Corrections or TWC program.

E.   **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): WELLPATH, JOHN J. ARCHARD M.D, MARCUS A. OGINSKY M.D, JEFFERSON COUNTY SHERIFFS DEPARTMENT, JEFFERSON COUNTY DETENTION CENTER.

Docket number and court: 22-CV-0081-MEH

Claims raised: DILIBERATE INDIFFERENCE TO PRISONERS MEDICAL NEDDS AND GROSS NEGLIGENCE

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) STILL PENDING .

Reasons for dismissal, if dismissed:

Result on appeal, if appealed:

### F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    __X__ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    • __X__ Yes ___ No (*check one*)

### G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

- Plaintiff would like to be compensated for the time spent on an illegal parole hold in an amount deemed appropriate by Jury.
- Plaintiff would also request that the current sentence 20CR2117 be vacated and plaintiff released on parole.

### H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

(Date) 6/22/22

(Revised February 2022)

District Court, Jefferson County, State of Colorado
Case#:D0302020CR000153  Div/Room: 8
JUDGMENT OF CONVICTION, SENTENCE Amended
The People of the State of Colorado vs. OSHEA, JOHN FRANCIS
DOB  9/18/1989

AKA: OSHEA, JOHN FRANCIS
AKA: OSHEA, JOHN F
AKA: OSHEA, JOHN FRANCIS
AKA: OSHEA, JOHN F
AKA: OSHEA, JOHN F
AKA: OSHEA, JOHN FRANCIS
AKA: OSHEA, JOHN F

DATE FILED: March 24, 2021 2:24 PM

The Defendant was sentenced on: 11/16/2020
People represented by...: PONCE, CHRISTOPHER
Defendant represented by.: STONE, LINDSAY
UPON DEFENDANT'S CONVICTION this date of: 11/16/2020
The defendant pled guilty to:
Count #     1 Charge: CONTROLLED SUB-POSS SCH 1/2/FL/KT/CT
                     NOT WOBBLER ELIGIBLE
C.R.S # 18-18-403.5(1),(2)(a)                    Class: DF4
Date of offense(s):  1/10/2020 to  1/10/2020  Date of plea(s):   11/16/2020

IT IS THE JUDGMENT/SENTENCE OF THIS COURT that the defendant be sentenced to
Credit for Time Served           241.00 DAYS                         COUNT    1
Direct SNT To Comm Correctio     241.00 DAYS    UPDATED SENTENCE     COUNT    1
Department of Corrections        241.00 DAYS    VACATED              COUNT    1
241 DAYS TO BE SERVED AT COMMUNITY CORRECTIONS - CONCURRENT WITH DENVER CASE
AND ALL OTHER CASES BEING SERVED - 241 DAYS PSCC - NO REQUEST FOR RESTITUTION
3/2/21 SENTENCE CORRECTED TO REFLECT DSCC - NOT A DOC SENTENCE        /SLF
3/24/21 DOC SENTENCE ADDED BACK IN AND VACATED PER REQUEST OF DOC     /SLF

           Assessed              Balance
     $     1,933.50         $    1,933.50

THEREFORE, IT IS ORDERED the Sheriff of JEFFERSON COUNTY    shall convey the
DEFENDANT to the following department TO BE RECEIVED AND KEPT ACCORDING TO LAW
COMMUNITY CORRECTIONS

ADDITIONAL REQUIREMENTS
The restraining order pursuant to C.R.S. 18-1-1001 shall remain in effect
until final disposition of the action, or in the case of an appeal, until
disposition of the appeal.
241 DAYS DOC TO BE SERVED AT COMMUNITY CORRECTIONS - 241 DAYS CREDIT
- CONCURRENT TO DENVER CASE AND CONCURRENT TO ANY AND ALL OTHER
CASES CURRENTLY BEING SERVED

JUDGMENT OF CONVICTION IS NOW ENTERED, IT IS FURTHER ORDERED OR RECOMMENDED:


DATE  3/24/2021  NPT_____     JUDGE/MAGISTRATE _____
                                                  RUSSELL BRENT KLEIN


CERTIFICATE OF SHERIFF
I CERTIFY THAT I EXECUTED THIS ORDER AS DIRECTED
DATE_____               SHERIFF_____
                                    BY DEPUTY_____

**Criminal History - Section Notes**
   *Age of first arrest: 20YO
   *Most serious arrest under age 18: None

   *Number of prior adult felony convictions: 2
   *Any violent arrests as an adult: None

   *Any COPD convictions: None

   *CJ incident reports: None

   *Any adult escape history from facilities: None
   *Any abscond history: 1/28/2020 he was returned to a jail contract from probation.

   *Mandatory Protection Orders: None

   *Pending cases: 20M3175 Denver/CONTROLLED SUB-POSS SCH I/II/III/IV/V/DM1; 20CR2117 Adams/Controlled Sub-poss W/int M/h/k/c 7-112g/DF2, Weapon-poss/previous Offend-any Prior Fe/F6
   *Other Active cases: 20CR982 Denver/Theft-$2,000-$5,000/F6

   *Current crime: 20CR153/CONTROLLED SUB-POSS SCH 1/2/FL/KT/CT/DF4

   *Brief offense description (per affidavit): On 1/10/2020 John Oshea was observed by Walmart's Loss Prevention placing items on his person as well as in a duffle bag that was sitting in a cart he pushed around the store. Lakewood Police showed up to the Walmart and observed Oshea from the live camera footage continuing to conceal items on his person. Oshea was detained and taken to the Loss Prevention Office for questioning and paperwork. Several items belonging to Walmart were found on Oshea's person, during the search, law enforcement also found a baggie of methamphetamine. Oshea was arrested on the scene.

## Education, Employment, and Financial Situation

   1. **Ever Expelled or Suspended from School**
      No
   2. **Employed at the Time of Arrest**
      Yes
   3. **Employed Full-time Just Prior to Incarceration**
      * Not Employed or Employed Part-time
   4. **Attitudes toward Boss/Employer**
      * OK to Poor Relationship
   5. **Longest Length of Employment Past Two Years**
      18 Months or More
   6. **Better Use of Time**
      * Yes, Lots of Free Time

Total:   3   Need Level:   Low


**Education, Employment, and Financial Situation - Section Notes**
   *Job skills: electrician

   *Dates of last employment and where: Over by Electric (9/2016-6/2020)-unverifiable, company name unable to find in Google search or Secretary of State database.

   *Longest length of employment in last 24m: 19M

   *Free-time activities: He states that he does not have any free-time activities due to his work schedule.

REC 20



v710

# Records Arrest/Release Dates for

### P01123523   OSHEA, JOHN FRANCIS

**Booking Number:** 21-294   DOB: 09/18/1989

| Booked | Charged | Released | Arrest Agency | Charge Literal | Docket # |
|---|---|---|---|---|---|
| 1/11/21 | 1/11/21 | 4/9/21 | LKPD | 1ST DEG AGG MVT | 21CR130 |
| 1/11/21 | 1/11/21 | 4/9/21 | LKPD | FTA DANGEROUS DRUGS | 20M3175 |
| 1/11/21 | 1/28/21 | 4/9/21 | LKPD | COURT DATE ONLY DO NOT HOLD THIS CHA | 190116 |
| 1/11/21 | 3/9/21 | 4/9/21 | LKPD | PWID/DISTRIBUTE >7 GM TO 112 GM | 20CR2117 |
| 1/11/21 | 3/9/21 | 4/9/21 | LKPD | POSSESS OF WEAPONS BY PREVIOUS OFFEN | 20CR2117 |

**Booking Number:** 20-898   DOB: 09/18/1989

| Booked | Charged | Released | Arrest Agency | Charge Literal | Docket # |
|---|---|---|---|---|---|
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | CONTROLLED SUB POSS SCH 1/2/FL/KT/CT | 20CR153 |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | THEFT-$300-$750 | PENDING |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | FTC PROB VIOL CONTR SUB POSS SC 1/2 | D0302019CR002750 |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | FTC PROB VIOL CONTR SUB POSS SC 3/4 | D0302019CR000406 |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | FTA CONTROLLED SUB POSS SCH 1/2 | D0032019CR003154 |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | FORGERY | 20CR00382 |
| 1/10/20 | 2/10/20 | 4/7/20 | LKPD | VIOLATION OF A PROTECTION ORDER | 19CR406 |
| 1/10/20 | 2/28/20 | 4/7/20 | JCS5 | FTA FORGERY OF CHECKS | 20CR00382 |
| 1/10/20 | 3/22/20 | 4/7/20 | LKPD | COURT DATE ONLY DO NOT HOLD THIS CHA | 20CR153 |

**Booking Number:** 19-21199   DOB: 09/18/1989

| Booked | Charged | Released | Arrest Agency | Charge Literal | Docket # |
|---|---|---|---|---|---|
| 7/25/19 | 7/25/19 | 9/23/19 | LKPD | UNLAWFUL POSS CONTR SUBST-SCH 1/2 | 19CR2750 |
| 7/25/19 | 7/25/19 | 9/23/19 | LKPD | UNLAWFUL POSS CONTR SUBST-SCH 1 OR 2 | PENDING |
| 7/25/19 | 7/25/19 | 9/23/19 | LKPD | DRUG PARAPHERNALIA POSSESSION OF | PENDING |
| 7/25/19 | 7/25/19 | 9/23/19 | LKPD | PV FTC CONTR SUBSTANCE-POSS SCH 3/4/ | 19CR406 |
| 7/25/19 | 8/27/19 | 9/23/19 | LKPD | COURT DATE ONLY DO NOT HOLD THIS CHA | L663634 |
| 7/25/19 | 8/27/19 | 9/23/19 | LKPD | COURT DATE ONLY DO NOT HOLD THIS CHA | L658945 |

**Booking Number:** 19-18956   DOB: 09/18/1989

| Booked | Charged | Released | Arrest Agency | Charge Literal | Docket # |
|---|---|---|---|---|---|
| 7/5/19 | 7/5/19 | 7/6/19 | LAMA | FTA SHOPLIFTING | L663634 |

Records Section
Jefferson County Sheriff's Office
Phone (303) 271-5542   Fax (303) 271-5552

Run Date: 03/28/2022

Page 1 of 2

V710  Internal Use
Report Number REC31
MNI  1420006

## FOR CRIMINAL JUSTICE AGENCIES

March 28, 2022

RE: OSHEA, JOHN FRANCIS
DOB: 09/18/1989

The referenced individual was booked into the Jefferson County Detention Facility or issued a summons in Unincorporated Jefferson County as indicated below.

Alias Name
OSHEA, JOHN

\*\*\* End of Alias Data \*\*\*

### JAIL BOOKINGS

| BOOKING DATE | ARREST AGENCY | | CHARGE | DOCKET | COURT |
|---|---|---|---|---|---|
| 1/11/21 | LKPD | MITT | 1ST DEG AGG MVT | 21CR130 | JCDF |
| | LKPD | WARRANT | FTA DANGEROUS DRUGS | 20M3175 | DENVER0 |
| | LKPD | | COURT DATE ONLY DO NOT HOLD THIS CHA | 190116 | PAROLE |
| | LKPD | MITT | PWID/DISTRIBUTE >7 GM TO 112 GM | 20CR2117 | ADAMS0 |
| | LKPD | MITT | POSSESS OF WEAPONS BY PREVIOUS OFFEN | 20CR2117 | ADAMS0 |
| 1/10/20 | LKPD | | CONTROLLED SUB POSS SCH 1/2/FL/KT/CT | 20CR153 | JC DIV A |
| | LKPD | | THEFT-$300-$750 | PENDING | JC DIV A |
| | LKPD | MITT | FTC PROB VIOL CONTR SUB POSS SC 1/2 | D0302019CR002750 | JCDG |
| | LKPD | MITT | FTC PROB VIOL CONTR SUB POSS SC 3/4 | D0302019CR000406 | JC DIV 8 |
| | LKPD | WARRANT | FTA CONTROLLED SUB POSS SCH 1/2 | D0032019CR003154 | ARAP1 |
| | LKPD | WARRANT | FORGERY | 20CR00382 | DENVER0 |
| | LKPD | MITT | VIOLATION OF A PROTECTION ORDER | 19CR406 | JC DIV 8 |
| | JCSO | WARRANT | FTA FORGERY OF CHECKS | 20CR00382 | DENVER0 |
| | LKPD | | COURT DATE ONLY DO NOT HOLD THIS CHA | 20CR153 | JC DIV 8 |
| 7/25/19 | | | | | |

Dispositions are not maintained by this office. For disposition information contact the appropriate court.
This agency does not provide information on juvenile arrests other than traffic offenses.
Arrests prior to 1987 may not be reflected.

_[signature]_

Records Section
Jefferson County Sheriff's Office
200 Jefferson County Pkwy
Golden, Colorado 80401-2697
Phone (303) 271-5542  FAX (303) 271-5552

Page 1 of 2

| | | |
|---|---|---|
| CODOC | CJIS MITTIMUS Form | PAGE: 1 of 2 |
| REPORT NO: CCSR100 - 01 | | PROCESSED: 09/29/2021 03:54 PM |
| | | REQUESTOR: eOMIS |

DOC#: 190116

Offender Name: OSHEA, JOHN F
Current Location: DRDC-INTK/DRDC-Intake Use Only

Transaction Date: 09/29/2021    Time: 03:24:43 PM    Transmitted: 09/29/2021

**DOC Version of Mittimus using Transmitted Data**

---

Case: D-001-2020CR002117    County: ADAMS    **Amended**
Defendant: OSHEA, JOHN F
                                                9/18/1989

This Defendant was sentenced on:    09/29/2021    Sentence Modified: 09/29/2021
People represented by:    ANDERSON, LAURA RENE
Defendant represented by:    BLODGETT, KRISTEN N

UPON DEFENDANT'S CONVICTION this date of:    03/08/2021
The defendant pled guilty to:
Count-Seq/Charge:    2-1/CONTROLLED SUB-POSS W/INT M/H/K/C 7-112G;
C.R.S.#:    18-18-405(1),(2)(b)(I)(B)                                           Class: DF2
Date of offense(s):    06/24/2020 to 06/24/2020
                        Finding: FFGY                                            Date of finding(s): 03/08/2021
                        Plea: PLEG                                               Date of plea(s): 10/22/2020

Count-Seq/Charge:    4-1/WEAPON-POSS/PREVIOUS OFFEND-ANY PRIOR FE;
C.R.S.#:    18-12-108(1)                                                       Class: F6
Date of offense(s):    06/24/2020 to 06/24/2020
                        Finding: FFGY                                            Date of finding(s): 03/08/2021
                        Plea: PLEG                                               Date of plea(s): 10/22/2020

---

Defendant was originally sentenced on 03/08/2021 to COMMUNITY CORRECTIONS
which is now vacated on: 09/29/2021
IT IS THE JUDGEMENT/SENTENCE OF THIS COURT that the defendant be Resentenced to
CUSTODY OF THE EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS

| | | |
|---|---|---|
| Count 2: CONCURRENT with | Case: D 2020CR382 | Denver |
| Count 2: CONCURRENT with | Case: D 2020CR153 | Jefferson |
| DIRECT SNT TO COMM CORRECTIONS | 6 YEARS VACATED | Count-Seq: 2-12 |
| DEPARTMENT OF CORRECTIONS | 6 YEARS | Count-Seq: 2-13 |
| CREDIT FOR TIME SERVED | 317 DAYS | Count-Seq: 2-14 |
| Count 4: CONCURRENT with Count 2 | Case: D 0 0 | Adams |
| Count 4: CONCURRENT with | Case: D 2020CR382 | Denver |
| DIRECT SNT TO COMM CORRECTIONS | 6 YEARS VACATED | Count-Seq: 4-2 |
| Count 4: CONCURRENT with | Case: D 2020CR153 | Jefferson |
| DEPARTMENT OF CORRECTIONS | 6 YEARS | Count-Seq: 4-3 |
| CREDIT FOR TIME SERVED | 317 DAYS | Count-Seq: 4-4 |

---

VICTIM ASSISTANCE                            $163.00                            Count-Seq: 2-1

| | | |
|---|---|---|
| CODOC | CJIS MITTIMUS Form | PAGE: 1 of 2 |
| REPORT NO. CCSR100 - 01 | | PROCESSED: 08/16/2021 03:41 PM |
| | | REQUESTOR: eOMIS |

DOC#: 190116

Offender Name: OSHEA, JOHN F
Current Location: JB-30/Jefferson County Jail

Transaction Date: 08/16/2021   Time: 03:39:34 PM   Transmitted: 08/16/2021

### DOC Version of Mittimus using Transmitted Data

Case: D-016-2020CR000382   County: DENVER   **Amended**
Defendant: OSHEA, JOHN F
9/18/1989

This Defendant was sentenced on: 08/16/2021   Sentence Modified: 08/16/2021
People represented by: BASCIANO, PHIL
Defendant represented by: BEDARD, CAMERON

UPON DEFENDANT'S CONVICTION this date of: 11/06/2020
The defendant pled guilty to:
Count-Seq/Charge: 2-1/THEFT-$2,000-$5,000;
C.R.S.#: 18-4-401(1),(2)(f)   Class: F6
Date of offense(s): 09/18/2019 to 09/25/2019
Finding: FFGY   Date of finding(s): 11/06/2020
Plea: PLEG   Date of plea(s): 11/06/2020

Defendant was originally sentenced on 11/06/2020 to COMMUNITY CORRECTIONS which is now revoked on: 08/16/2021
IT IS THE JUDGEMENT/SENTENCE OF THIS COURT that the defendant be Resentenced to CUSTODY OF THE EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS

8-16-21: ONE YEAR MANDATORY PAROLE /GME

| | | |
|---|---|---|
| DIRECT SNT TO COMM CORRECTIONS | 1 YEARS REVOKED | Count-Seq: 2-9 |
| CREDIT FOR TIME SERVED | 340 DAYS | Count-Seq: 2-10 |
| DEPARTMENT OF CORRECTIONS | 1 YEARS | Count-Seq: 2-12 |

plus a mandatory period of parole as required by statue.
Months on parole 12

| | | |
|---|---|---|
| VICTIM ASSISTANCE | $163.00 | Count-Seq: 2-1 |
| VICTIM COMPENSATION | $163.00 | Count-Seq: 2-2 |
| COURT COSTS | $35.00 | Count-Seq: 2-3 |
| COURT SECURITY CASH FUND | $5.00 | Count-Seq: 2-4 |
| GENETIC TESTING SURCHARGE | $2.50 | Count-Seq: 2-5 |
| PUBLIC DEFENDER APPL RECEIVABLE | $25.00 | Count-Seq: 2-6 |
| REQUEST FOR TIME TO PAY | $25.00 | Count-Seq: 2-7 |
| RESTORATIVE JUSTICE SURCHARGE | $10.00 | Count-Seq: 2-8 |
| RESTITUTION | $3,648.82 | Count-Seq: 2-11 |
| Assessed: | $4,077.32 | |

AR Form 550-11A (02/15/19)

# COLORADO
## Department of Corrections

## Case Management Offender Release Check Off Sheet

| Offender Name | OSHEA, John | DOC # 190116 | Facility: DRDC |
|---|---|---|---|
| Reason for Release | PAROLE to Denver Detainer | Release Date | 08/24/2021 |
| Family Pickup: Yes No X | GREYHOUND: Yes No X | G4 Transport: Yes No X | Case Manager: Vaughan |

| ACTION | Yes | No | N/A | Referred to: | Date | Comments: | Date completed | Initial |
|---|---|---|---|---|---|---|---|---|
| Verify release papers | X | | | | 8/23/21 | | 8/23/21 | DV |
| Transport arrangements | X | | | | 8/23/21 | Denver Sheriffs | 8/23/21 | DV |
| Updated SR F/RT and Case Plan | X | | | | | | 8/23/21 | DV |
| NCIC/CCIC check CIJIS check/Denver Courts | X | | | | 8/23/21 | Denver Detainer | 8/23/21 | DV |
| Law enforcement notification/Parole | | | X | | | | 8/23/21 | DV |
| Pending grievances | | | X | | | | 8/23/21 | DV |
| Pending COPD charges | | | X | | | | 8/23/21 | DV |
| Sex offender registration | | | X | | | | 8/23/21 | DV |
| Disability benefits | | | X | | | | 8/23/21 | DV |
| Medical screening & community arrangements | X | | | | 8/23/21 | | 8/23/21 | DV |
| Mail forwarding request completed | | X | | | | | 8/23/21 | DV |
| Portfolio | | X | | | | | 8/23/21 | DV |
| Other | X | | | | 8/23/21 | MAT Information declined | 8/23/21 | DV |

Case Manager: Vaughan     Facility: DRDC     Date: 8/23/21

**Completed by Intake/Receiving Staff**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Release photo | | | | | | | | |
| State property collected | | | | | | | | |
| Birth certificate issued | | | | | | | | |
| Valid Colorado (ID) Identification Card issued | | | | | | | | |
| Social Security Card issued | | | | | | | | |
| Personal property returned to offender | | | | | | | | |
| Other: | | | | | | | | |

The below signature of the offender indicates all of the above items to be correct. The offender acknowledges receipt of personal property and monies

| Offender Signature: | Date: |
|---|---|

Identity of offender being release was verified by (print):

DOC Employee Signature:

Attachment A
Page 1 of 1

To: **John F. OSHEA**                **DOC # 190116**

The COLORADO STATE BOARD OF PAROLE considered your application for parole and, believing that you can abide by the conditions of your parole agreement, hereby orders your parole to become effective on **August 24, 2021.** Your parole will discharge on **August 24, 2022** unless sooner terminated by order of the Board on the motion of your Community Parole Officer or the Parole Board.

## PAROLE ORDER

Parolee will be directed and supervised by Community Parole Officers and Supervisors of the Division of Adult Parole, Department of Corrections, and will be accountable for his/her actions and conduct during this period of parole.

Parolee will abide by all conditions of parole set forth in this agreement and any additional conditions and directives set forth by his/her Community Parole Officer, consistent with the laws of the State of Colorado. Any violation of this agreement and /or any conditions thereof, can lead to the revocation of parole.

### STANDARD CONDITIONS OF PAROLE

**As a condition of every parole:**

1. **Release:** Upon release from the Institution, Parolee shall go directly to **Denver sheriff's Detainer 21CR04788/ Denver County, Colorado** as designated by the Board of Parole. **If released by the above authority prior to the stipulated Colorado parole expiration date, parolee shall report to Dana Sweeney, 236 Wyandot Street, Denver, Colorado 80223, Phone: 800-426-9143 in person or as directed.**

2. **Residence:** Parolee shall establish a residence of record and shall reside at such residence in fact and on record. Parolee shall not change his/her residence without giving prior notification to his/her Community Parole Officer, and shall not leave the state paroled to without permission of the Community Parole Officer.

3. **Conduct:** Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen. Parolee shall follow the directives of and cooperate with the Community Parole Officer.

4. **Report:** Parolee shall make written, and in person, reports as directed by the Community Parole Officer; and shall permit visits to his/her place of residence as required by the Community Parole Officer.
    a. (Not Applicable)
    b. Parolee shall make reports as directed by his or her community parole officer, shall permit residential visits by the community parole officer, and shall allow the community parole officer to make searches of his/her person, residence and/or vehicle.

5. **Weapons:** Parolee shall not own, possess, nor have under his/her control or in his/her custody, firearms or other deadly weapons.

6. **Association:** (Not Applicable)

7. **Employment:** Parolee shall seek and obtain employment, or shall participate in a full time educational or vocational program, unless waived by the Community Parole Officer.

8. **Alcohol/Drugs:** Parolee shall have no alcohol use or possession and shall not frequent any place where the primary purpose is the sale or use of alcohol. Parolee shall not possess and/or use illegal drugs, including the use and/or possession of actual or synthetic marijuana.

9. **Child Support:** Parolee shall contact any delegated child support enforcement unit with whom the parolee may have a child support case to arrange and fulfill a payment plan to pay current child support, child support arrearages, or child support debt owed under a court or administrative order.

10. **Restitution:** Parole Board orders restitution to be paid by parolee, if restitution has been ordered by the court. Parolee must make restitution within the period of time he/she is on parole as specified by the Parole Board.

11. **Financial Responsibilities:** Parolee may be required to pay supervision fees as determined by the Community Parole Officer.

### INDIVIDUALIZED CONDITIONS OF PAROLE

4. **Parolee shall participate in and successfully complete an approved cognitive behavioral therapy program at the discretion of the Community Parole Officer.**

5. **Parolee shall enter, comply with all conditions, and complete the community corrections program as a COP placement at the discretion of the Community Parole Officer.**

11. **Parolee shall participate in a drug/alcohol treatment program.**

26. **Parolee shall have no contact with subject of restraining order.**

31. **Parolee shall obtain an AA/NA sponsor.**

32. **If placed in a treatment program, COP bed, or transitional housing program, offenders must complete such program/placement successfully.**

38. **Parolee shall participate in and successfully complete treatment and complete all requirements indicated by needs assessment.**

40. **Parolee shall submit urinalysis or other tests for narcotics or chemical agents upon the request of the Community Parole Officer, and may be required to pay for all tests.**

I agree to abide by all the conditions of my parole heretofore set forth, and I do hereby waive extradition to the State of Colorado from any state or territory of the United States or from the District of Columbia, and agree that I will not contest any effort to return me to the State of Colorado at any time before the expiration of my maximum sentence.

I have read the foregoing document or have had it read to me and I have full and intelligent understanding of the contents and the meaning thereof; and I have received a copy of this document.

_____         _____
**FOR THE COLORADO STATE BOARD OF PAROLE**       **SIGNATURE OF PAROLEE**

8-23-21                                                                    _____
**DATE**                                                                 **WITNESS**

**Distribution: via Offender Portal (ms)**

**Cedillos, Julia A. - DSD Deputy Sheriff**

| | |
|---|---|
| From: | Shonk - DOC, Aaron <aaron.shonk@state.co.us> |
| Sent: | Monday, August 23, 2021 2:39 PM |
| To: | State Transport Office - DSD; Cedillos, Julia A. - DSD Deputy Sheriff |
| Cc: | Pamela Dash - DOC; Julie Tollis - DOC |
| Subject: | [EXTERNAL] Paroling to Denver Detainer 08/24/2021: OSHEA # 190116 |
| Attachments: | OSHEA # 190116 Denver Detainer.pdf |

To: Denver County Sheriff's Office
Date: August 23, 2021
Re: OSHEA, John F.


CDOC# 190116

Denver Detainer: 21CR04788/Theft

The above offender will parole from the Colorado Department of Corrections, 08/24/2021 to your detainer.

Subject is housed at Denver Reception and Diagnostic Center (DRDC), and <u>is scheduled for your pick up at DRDC on **08/24/2021**.</u>

**Please confirm your pick up at DRDC.** Your detainer will be cancelled 08/24/2021.

--
Very Respectfully,

**Aaron B. Shonk, MPA**
**Court Services**
**Court Work Leader Technician IV**


**COLORADO**
Department of Corrections

719-226-4904
1250 Academy Park Loop, Colorado Springs, CO 80910
aaron.shonk@state.co.us | www.doc.state.co.us

1

IPTT106 - Travel Authorization

8/24/2021



# COLORADO
## Department of Corrections

# TRAVEL AUTHORIZATION

| Date: 08/24/2021 | Complex: Denver Reception And Diagnostic Center |
|---|---|

This Travel Authorization authorizes the transportation of the Inmate(s) listed below off the Facility under the conditions indicated.

| Destination: PAROLE - DENVER -DETAINER | Reason for Trip: Escorted Leave | |
|---|---|---|
| Stops En Route: | Report To: | Property/Cargo: |
| Escorted By/Driver: DENVER SHERIFF | Projected Departure Date/Time: 08/24/2021  01:47:57 AM | Projected Return Date/Time: 08/24/2021  01:01:01 AM |
| Requested By: LEWIS, DARRYL A | Prepared By (Name, Rank, Date, Time): GIPSON, JULIA L [Corr/Yth/Cln Sec Supv III] 08/24/2021 12:00:00 AM | |

| Vehicle Type/License: | Radio/Cell Phone: Call Sign/Phone Number: | Credit Card: | Weapons: Type: | Restraints: | Meal: |
|---|---|---|---|---|---|

### COMPLETE THE FOLLOWING INFORMATION FOR MEDICAL TRANSPORTS ONLY

| Medical Records Accompanying Transport: | Medications or other medical instructions: |
|---|---|
| Mental Health Records Accompanying Transport: | |

**Remarks/Special Instructions/Other:**
None

### INMATES INCLUDED ON THIS TRAVEL AUTHORIZATION

| Count | Inmate Name | DOC# | Race | Age | Custody | Photo |
|---|---|---|---|---|---|---|
| 1 | OSHEA, JOHN F. **Precautions:** HCA High Escape Risk High Escape Risk | 190116 | Caucasian | 31 | Maximum | |

1 INMATE(S) on this Travel Authorization and No Others

DANIEL CASTELLANO, Corr/Yth/Clin Sec Off II ☑

DARRYL LEWIS, Corr/Yth/Cln Sec Supv III 

Prepared By
Aug 24, 2021 01:48:13 MDT

Approved By Appointing Authority or Designee
Aug 24, 2021 01:54:47 MDT

Received By: (Signature, Time, Date, Location)

https://eomis.doc.state.co.us/eomis/application/dispatch

CLICK HERE FOR IMPORTANT INFORMATION PERTAINING TO VIRTUAL HEARINGS

## Search by Case Number
Search cases by case number or AB number

**Name: OSHEA, JOHN | Case Number: 21CR04788**

Case has been Closed

### Case Information

| Status | Case Type | Violation Date | Date Filed | Courtroom |
|---|---|---|---|---|
| CLOSED | THEFT | 08/11/2021 | | See Below |
| Pay Amount: | $0.00 | | | |
| Location: | 12020 E 39TH AVE DENVER | | | |
| AB Number: | 202120418 | GO Number: | 2021459707 | |

### Party Information

| Party Type | Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|---|
| DEFENDANT | OSHEA | JOHN | F | | 09/18/1989 | |
| Race | Hair | Weight | Height | Eyes | Eyeglasses | |
| WHITE | BROWN | 230 | 608 | GREEN | | |
| | Attorney Number | Attorney Name | | | | |

### Violation Information

| Violations | Description | Points | Disposition | Class Code |
|---|---|---|---|---|
| 18-4-205 | INV HOLD-BURGLARY TOOLS-POSSESSION | 0 | - | F5 |
| 18-4-409 | INV HOLD-MOTOR VEH THEFT/1DEG-$20,000 OR LESS | | | F5 |

### Sentence Information

| Date | Description | Value | Units | Due Date | Status |
|---|---|---|---|---|---|
| 08/12/2021 | SHERIFF SPECIAL INSTRUCTIONS | 0 | | | |
| | 1   COMMENT | | | | |
| 08/12/2021 | PTS ENHANCED SUPERVISION | 0 | | | |
| | 2   REMOVE PTS IF 90 DY COMPLIANCE | 0 | | | |
| | 1   RELEASE TO PRETRIAL SERVICE | | | | |

### Action Information

| Date | Action | Judicial Officer | Courtroom | Dispo | Amount |
|---|---|---|---|---|---|
| 08/23/2021 10:00 AM | HEARING ON FILING STATUS | | 2300 | VACATE COURT DATE | |
| 08/23/2021 9:30 AM | HEARING ON FILING STATUS | ANNIS | 2100 | NO CHARGES FILED | |
| 08/21/2021 10:30 AM | HEARING ON FILING STATUS | | 2300 | VACATE COURT DATE | |
| 08/20/2021 11:39 AM | ICJ FILE SCANNED | | | | |
| 08/20/2021 11:33 AM | NO CHARGES FILED | | | | |
| 08/20/2021 11:27 AM | DENVER CITY JAIL IN CUSTODY | | 2300 | | |
| 08/18/2021 12:33 PM | MOTION GRANTED | WHEELER | 2300 | SET NEW COURT DATE | |
| 08/18/2021 10:00 AM | HEARING ON FILING STATUS | WHEELER | 2300 | HEARING HELD | |
| 08/17/2021 11:00 PM | PAPER REVIEW | | | | |

Printed: 04/28/22 2:26 PM | Case Number: 21CR04788 | Page 1 of 2

## Case Information
DCC Case No: 21CR04788   State Case No:

| Status | Case Type | Vio Date | Date Filed | Trial Ctrm | DV |
|---|---|---|---|---|---|
| CLOSED | THEFT | 08/11/2021 | | | N |

Location: 12020 E 39TH AVE DENVER

## Party Information
DCC Case No: 21CR04788                                            1 Party

DEFENDANT

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| OSHEA | JOHN | F | | 09/18/1989 | |

Address: 3225 W 31ST AVE
DENVER, CO 80211

Phone:
Language:

## Violations
DCC Case No: 21CR04788

| Disposition | CRS | Class | Description | Points |
|---|---|---|---|---|
| 1 | 18-4-205 | F5 | INV HOLD-BURGLARY TOOLS-POSSESSION | 0 |
| 2 | 18-4-409 | F5 | INV HOLD-MOTOR VEH THEFT/1DEG-$20,000 OR L | 0 |

## Sentence Information
DCC Case No: 21CR04788

Date/Description | Value | Units | SOE Date | Due Date | Status

**08/12/2021**
SHERIFF SPECIAL INSTRUCTIONS
PTS ENHANCED SUPERVISION
 1  RELEASE TO PRETRIAL SERVICE                          00/00/00
 2  REMOVE PTS IF 90 DY COMPLIANCE                       00/00/00

## Action Information
DCC Case No: 21CR04788

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 04/28/22 14:10 | WRIT REQUESTED | | 160 | | |
| 08/23/21 10:00 | HEARING ON FILING STATUS | | 2300 | VACATE COURT DATE | |
| 08/23/21 09:30 | HEARING ON FILING STATUS | Magist M Annis | 2100 | NO CHARGES FILED | |
| Minute #1 | JUDGE MTA: [NOCHRG] (by: ANO) | | | | |
| Minute #2 | No charges filed, case closed (by: ANO) | | | | |
| 08/21/21 10:30 | HEARING ON FILING STATUS | | 2300 | VACATE COURT DATE | |
| Minute #1 | 21CR04788 DOWNFILED TO 21M04585 - MITT SENT. GAS | | | | |
| 08/20/21 11:39 | ICJ FILE SCANNED | | | | |
| 08/20/21 11:33 | NO CHARGES FILED | | | ELE | |
| 08/20/21 11:27 | DENVER CITY JAIL IN CUSTODY | | | ELE | |
| 08/18/21 12:33 | MOTION GRANTED | | 2300 | | |
| Minute #1 | 08-18-21 ON RECORD. YSW | | | | |
| 08/18/21 10:00 | HEARING ON FILING STATUS | Judge T Wheeler | 2300 | SET NEW COURT DATE | |
| Minute #1 | JUDGE TXW: [SET] (by: LXC) | | | | |
| Minute #2 | DA TIERNEY MTNS THE COURT FOR ENLARGEMENT OF TIME. COURT GRANTS MOTION, GIVING THE DA'S OFFICE AN ADDITIONAL 48 HRS. (by: LXC) | | | | |
| 08/17/21 23:00 | PAPER REVIEW | Judge T Wheeler | 2300 | HEARING HELD | |
| Minute #1 | JUDGE TXW: [HELD] | | | | |
| Minute #2 | NO ACTION TAKEN on the District Attorney's MOTION for Enlargement of Time; the same was granted on the record on 8/18/21 | | | | |
| 08/17/21 14:00 | MOTION TO ENLARGE TIME TO FILE | | 2300 | | |
| 08/12/21 10:30 | BOND SET | | 2300 | | 5,000.00 |
| 08/12/21 10:30 | WAIVER OF EXTRADITION | | 2300 | | |
| 08/12/21 10:30 | PO/BOND TRANSF TO CASE FILED | | 2300 | | |
| 08/12/21 10:30 | 1ST ADVISEMENT | Magist K Boland | 2300 | DEFENDANT ADVISED | |
| Minute #1 | JUDGE KAB: [DEFADV], Set ADVS2, BOND SET-$5000.00, Military-No (by: YSW) | | | | |
| Minute #2 | Def p IC w/ PD Vigil; DA Bell; reading and advisement waived; advised under 18-1-1001 CRS; advised to if bond apply/ provided instructions for PD; PC existed at time of arrest; bond reserved (by: YSW) | | | | |