**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2022

JEFFREY P. COLWELL
CLERK

Civil Action No.    22-cv-01605-GPG
(To be supplied by the court)

JOHN O'SHEA_____, Plaintiff

v.

DEAN WILLIAMS_____,

JEFFERSON COUNTY (JANE AND JOHN DOE)__,

ADAMS COUNTY (JANE AND JOHN DOE)_____,

DENVER COUNTY(JANE AND JOHN DOE)_____, Defendant(s).

**Jury Trial requested:**
**(please check one)**
  **x** Yes____No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

JOHN O'SHEA DOC#190116 PO. BOX 2005 BUENA VISTA CO. 81211

(Name, prisoner identification number, and complete mailing address)

(Other names by which you have
    been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
_X__    Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _
____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    DEAN WILLIAMS EXECUTIVE DIRECTOR OF
                COLORADO DEPARTMENT OF CORRECTIONS, 1250
                ACADEMY PARK LOOP COLORADO SPRINGS CO.
                80910

                (Name, job title, and complete mailing address)

                At the time the claim(s) in this complaint arose, was this
                defendant acting under color of state or federal law?    X Yes
                _____No (*check one*). Briefly
                explain:

        At the time the claim Dean Williams was the acting director of the Colorado
Department of Corrections.

2022    on    #    Original of this form was provided by the CODOC Legal Access Program at no cost to Offender

Defendant 1 is being sued in his/her   X_individual and/or   X_official capacity.

Defendant 2:   JEFERSON COUNTY (JANE AND JOHN DOE), 200
JEFFERSON COUNTY PARKWAY GOLDEN
CO.80204

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this
defendant acting under  color of state or federal law?

X  Yes___No (*check one*).  Briefly explain:

Jane (John) Doe were employees at the Jefferson County Detention Center at the time of the claims
and the sentence of community corrections was imposed by Jefferson County for 20cr153 and the
plaintiff was held on a parole hold in Jefferson County on that hold.

Defendant 2 is being sued in his/her  X_individual and/or   X_official capacity.

Defendant 3:   ADAMS COUNTY (JANE AND JOHN DOE) , 1100
JUDICAL CENTER DRIVE BRIGHTON CO.
80601

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this
defendant acting under  color of state or federal law?  X_Yes
No (*check one*). Briefly explain:

Jane (John) Doe were employees at the Adams County detention Center or Courts at the time of the
Claims and were aware that the plaintiff was not yet sentenced in 20Cr2117.

Defendant 3 is being sued in his/her X__individual and/or  X_official capacity.

Defendant 4:  DENVER COUNTY (JANE AND JOHN DOE) 520 WEST
COLFAX AVE. DENVER
CO.80204

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this
defendant acting under  color of state or federal law?  X_Yes_
No (*check one*).  Briefly explain:

Jane(John) Doe were employed by Denver County Sheriffs on 8/24/21 when the plaintiff was
released to parole to Denver county detainer that was no longer an active detainer for 21cr4788 in
which the case was closed and no charges were filed on 8/23/21.

2022

on

#

Original of this form was provided by the CODOC Legal Access Program at no cost to Offender

Defendant 3 is being sued in his/her X__individual and/or X official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__X__    42 U.S.C. § 1983 (state, county, and municipal defendants)

_____    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403
U.S. 388 (1971)  (federal defendants)

_____    Other: *(please identify)* _
_____

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For
each claim,  specify the right that allegedly has been violated and state all facts
that support your claim,  including the date(s) on which the incident(s) occurred,
the name(s) of the specific person(s)  involved in each claim, and the specific
facts that show how each person was involved in each  claim.  You do not need to
cite specific legal cases to support your claim(s).  If additional space is  needed
to describe any claim or to assert additional claims, use extra paper to continue
that  claim or to assert the additional claim(s).  Please indicate that additional
paper is attached and  label the additional pages regarding the statement of
claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  <u>VIOLATION OF 8<u>TH</u> 4<u>th</u> and 14<u>th</u> Amendment. Cruel and unusual punishment,
illegal seizure of his person, and unlawful imprisonment</u>

Supporting facts:

1. On November 16th 2020 the plaintiff was sentenced in Jefferson county case
20Cr153 to 214 days community corrections with 241 days credit for time
served. ( see attached mittimus)

2. On November 6th 2020 Plaintiff is sentenced to 1yr community corrections in
20Cr382 to be ran concurrent with 20cr2117 and 20cr153.

3. On November 24th 2020 Plaintiff is picked up by Colorado department of

Original of this form was provided by the CODOC Legal Access Program at no cost to Offender

corrections and released to parole which is in violation of the plaintiffs 8th and 14th amendment right of cruel and unusual punishment and illegal seizure of the plaintiffs person.(see attachment #2 DRDC intake and release information)

4. On January 10 2021 Plaintiff is arrested in Jefferson county for 21Cr130, 20M3175, parole violation with no bond hold and 20Cr2117. (see attachment #3 arrest record Jefferson County).The parole hold imposed is in violation of the plaintiffs 8th amendment rights due to the fact that the parole sentence should have never been imposed cause the plaintiff was never given a DOC sentence(see attachment #1)

5. On March 2nd 2021 case 20CR153 sentence corrected to reflect DSCC –not DOC (see attachment #1).

6. On March 24th 2021 DOC sentence added back in and vacated per request of DOC in an attempt to cover up the fact that the defendants violated the plaintiffs civil rights.

7. On March 8th 2021 plaintiff is sentenced to 6yrs community corrections for case 20cr2117 to be ran concurrent with 20cr153a and 20cr328(see attachment #4).

8. On May 9th 2021 plaintiff fails to comply with the community corrections sentence and there is warrants issued from Adams county and Denver County.

9. On August 11th 2021 the plaintiff is arrested in the Adams county warrants and Denver county warrants for FTC. Plaintiff goes to court in Denver County and is told that the community corrections sentence would be changed to DOC.

10. On August 23rd 2021 at 930am Denver County drops all charges in 21cr4788 and the case is closed (see attachment #10 and #11).

11. On August 24th 2021 Plaintiff is released from DRDC to parole but is held for a detainer for 21cr4788 which again is a violation of the plaintiffs 8th and 4th amendment rights because he is being unlawfully detained and his person is being seized without any legality (see attachment #7).

12. Denver County then realizes the mistake and doesn't release the plaintiff but instead holds the plaintiff for Adams county warrants for FTC when the NCIC at DRDC earlier that day showed no detainer for Adams County. The plaintiff should have been released on parole on March 24th2021 but the plaintiff was instead held at Denver city jail until September 29th 2021 which again was a violation of the plaintiffs civil rights. The Plaintiff is later transported to CDOC were is labeled as none compliant with Parole cause the plaintiff has not reported to the parole officer. This again is a violation of the plaintiff's 8th and 4th amendment rights. The plaintiff was being held unlawfully considering the governing agency (DOC) showed the plaintiff as released from custody on August 24th 2021(see attachment #7and #8).

13. On September 29th 2021 Plaintiff is given a court dated in Adams County via WEBEX after many unanswered writs. The plaintiff is then sentenced to the same thing the community corrections sentence was converted to a DOC sentence to be ran con current with 20cr153 and 20cr382( see attachment #5).

14. Plaintiff is then returned to Doc and is still currently being held on a 6yr sentence and a violation of parole when parole was never violated. The plaintiff was not

given the chance to progress through DOC due to detainer 21cr4788 were there is no charges being filed and the case dismissed this detainer was active in DOC system until March of 2022. The plaintiff should have never been returned to CDOC custody instead should have been released back to parole on 8/24/21 which would make the time the plaintiff has spent in custody from that date on a violation of the plaintiffs civil rights.

**E.    PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you  were incarcerated? X_Yes_____No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one  previous lawsuit, use additional paper to provide the requested information for each previous  lawsuit.  Please indicate that additional paper is attached and label the additional pages  regarding previous  lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): WELLPATH, JOHN J. ARCHARD M.D, MARCUS A.OGINSKY M.D, JEFFERSON COUNTY SHERIFFS DEPARTMENT, JEFFERSON COUNTY DETENTION CENTER.

Docket number and court: 22-CV-00814-MEH

Claims raised: DILIBERATE INDIFFERENCE TO PRISONERS MEDICAL NEEDS AND GROSS NEGLIGENCE IN VIOLATION OF THE 8TH AMMENDMENT

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    STILL PENDING

Reasons for dismissal, if dismissed:

Result on appeal, if appealed:

**F.    ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal  court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or  judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

6

Original of this form was provided by the CODOC Legal Access Program at no cost to Offender

Original of this form was provided by the CODOC Legal Access Program at no cost to Offender

__X__ Yes____No (*check one*)

Did you exhaust
administrative remedies?

__X__ Yes____No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional
space is needed  to identify the relief you are requesting, use extra paper to
request relief.  Please indicate that  additional paper is attached and label the
additional pages regarding relief as "G. REQUEST  FOR RELIEF."*

- Plaintiff would like to be compensated for the time spent on an illegal sentenced
  in an amount deemed appropriate by trial jury.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have
read this  complaint, and that the information in this complaint is true and
correct. *See* 28 U.S.C. § 1746;  18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the
best of my  knowledge, information, and belief that this complaint: (1) is not
being presented for an improper  purpose, such as to harass, cause unnecessary
delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or
modifying  existing law; (3) the factual contentions have evidentiary support or,
if specifically so identified,   will likely have evidentiary support after a
reasonable opportunity for further investigation or   discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

_(Plaintiff's signature)_

September 15, 2022
_(Date)_

(Revised February 2022)

7

RID:D0302020CR000153-000051

District Court, Jefferson County, State of Colorado
Case#:D0302020CR000153  Div/Room: 8
JUDGMENT OF CONVICTION, SENTENCE  Amended
The People of the State of Colorado vs. OSHEA, JOHN FRANCIS
DOB  9/18/1989

AKA: OSHEA, JOHN FRANCIS
AKA: OSHEA, JOHN F
AKA: OSHEA, JOHN FRANCIS
AKA: OSHEA, JOHN F
AKA: OSHEA, JOHN F
AKA: OSHEA, JOHN FRANCIS
AKA: OSHEA, JOHN F

DATE FILED: March 24, 2021 2:24 PM

The Defendant was sentenced on: 11/16/2020
People represented by...: PONCE, CHRISTOPHER
Defendant represented by: STONE, LINDSAY
UPON DEFENDANT'S CONVICTION this date of: 11/16/2020
The defendant pled guilty to:
Count #      1 Charge: CONTROLLED SUB-POSS SCH 1/2/FL/KT/CT
                NOT WOBBLER ELIGIBLE
C.R.S # 18-18-403.5(1),(2)(a)                Class: DF4
Date of offense(s): 1/10/2020 to  1/10/2020  Date of plea(s):  11/16/2020

IT IS THE JUDGMENT/SENTENCE OF THIS COURT that the defendant be sentenced to
Credit for Time Served              241.00 DAYS                          COUNT      1
Direct SNT To Comm Correctio        241.00 DAYS    UPDATED SENTENCE COUNT       1
Department of Corrections           241.00 DAYS    VACATED          COUNT      1
241 DAYS TO BE SERVED AT COMMUNITY CORRECTIONS - CONCURRENT WITH DENVER CASE
AND ALL OTHER CASES BEING SERVED - 241 DAYS PSCC - NO REQUEST FOR RESTITUTION
3/2/21 SENTENCE CORRECTED TO REFLECT DSCC - NOT A DOC SENTENCE          /SLF
3/24/21 DOC SENTENCE ADDED BACK IN AND VACATED PER REQUEST OF DOC       /SLF

|        | Assessed   |    | Balance  |
|--------|------------|----|----------|
| $      | 1,933.50   | $  | 1,933.50 |

THEREFORE, IT IS ORDERED the Sheriff of JEFFERSON COUNTY   shall convey the
DEFENDANT to the following department TO BE RECEIVED AND KEPT ACCORDING TO LAW
COMMUNITY CORRECTIONS

### ADDITIONAL REQUIREMENTS
The restraining order pursuant to C.R.S. 18-1-1001 shall remain in effect
until final disposition of the action, or in the case of an appeal, until
disposition of the appeal.
241 DAYS DOC TO BE SERVED AT COMMUNITY CORRECTIONS - 241 DAYS CREDIT
- CONCURRENT TO DENVER CASE AND CONCURRENT TO ANY AND ALL OTHER
CASES CURRENTLY BEING SERVED

JUDGMENT OF CONVICTION IS NOW ENTERED, IT IS FURTHER ORDERED OR RECOMMENDED:

DATE  3/24/2021  NPT_____    JUDGE/MAGISTRATE _____
                                             RUSSELL BRENT KLEIN

### CERTIFICATE OF SHERIFF
I CERTIFY THAT I EXECUTED THIS ORDER AS DIRECTED
DATE _____        SHERIFF _____
                             BY DEPUTY _____

**Criminal History - Section Notes**
*Age of first arrest: 20YO
*Most serious arrest under age 18: None

*Number of prior adult felony convictions: 2
*Any violent arrests as an adult: None

*Any COPD convictions: None

*CJ incident reports: None

*Any adult escape history from facilities: None
*Any abscond history: 1/28/2020 he was returned to a jail contract from probation.

*Mandatory Protection Orders: None

*Pending cases: 20M3175 Denver/CONTROLLED SUB-POSS SCH I/II/III/IV/V/DM1; 20CR2117 Adams/Controlled Sub-poss W/int M/h/k/c 7-112g/DF2, Weapon-poss/previous Offend-any Prior Fe/F6
*Other Active cases: 20CR982 Denver/Theft-$2,000-$5,000/F6

*Current crime: 20CR153/CONTROLLED SUB-POSS SCH 1/2/FL/KT/CT/DF4

*Brief offense description (per affidavit): On 1/10/2020 John Oshea was observed by Walmart's Loss Prevention placing items on his person as well as in a duffle bag that was sitting in a cart he pushed around the store. Lakewood Police showed up to the Walmart and observed Oshea from the live camera footage continuing to conceal items on his person. Oshea was detained and taken to the Loss Prevention Office for questioning and paperwork. Several items belonging to Walmart were found on Oshea's person, during the search, law enforcement also found a baggie of methamphetamine. Oshea was arrested on the scene.


# Education, Employment, and Financial Situation

1. **Ever Expelled or Suspended from School**
   No
2. **Employed at the Time of Arrest**
   Yes
3. **Employed Full-time Just Prior to Incarceration**
   * Not Employed or Employed Part-time
4. **Attitudes toward Boss/Employer**
   * OK to Poor Relationship
5. **Longest Length of Employment Past Two Years**
   18 Months or More
6. **Better Use of Time**
   * Yes, Lots of Free Time

**Total:  3   Need Level:  Low**


**Education, Employment, and Financial Situation - Section Notes**
*Job skills: electrician

*Dates of last employment and where: Over by Electric (9/2016-6/2020)-unverifiable, company name unable to find in Google search or Secretary of State database.

*Longest length of employment in last 24m: 19M

*Free-time activities: He states that he does not have any free-time activities due to his work schedule.



v710

# Records Arrest/Release Dates for

**P01123523    OSHEA;JOHN FRANCIS**

### Booking Number:    21-294                    DOB:    09/18/1989

| Booked | Charged | Released | Arrest Agency | Charge Literal | Docket # |
|--------|---------|----------|---------------|----------------|----------|
| 1/11/21 | 1/11/21 | 4/9/21 | LKPD | 1ST DEG AGG MVT | 21CR130 |
| 1/11/21 | 1/11/21 | 4/9/21 | LKPD | FTA DANGEROUS DRUGS | 20M3175 |
| 1/11/21 | 1/28/21 | 4/9/21 | LKPD | COURT DATE ONLY DO NOT HOLD THIS CHA | 190116 |
| 1/11/21 | 3/9/21 | 4/9/21 | LKPD | PWID/DISTRIBUTE >7 GM TO.112 GM | 20CR2117 |
| 1/11/21 | 3/9/21 | 4/9/21 | LKPD | POSSESS OF WEAPONS BY PREVIOUS OFFEN | 20CR2117 |

### Booking Number:    20-898                    DOB:    09/18/1989

| Booked | Charged | Released | Arrest Agency | Charge Literal | Docket # |
|--------|---------|----------|---------------|----------------|----------|
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | CONTROLLED SUB POSS SCH 1/2/FL/KT/CT | 20CR153 |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | THEFT-$300-$750 | PENDING |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | FTC PROB VIOL CONTR SUB POSS SC 1/2 | D0302019CR002750 |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | FTC PROB VIOL CONTR SUB POSS SC 3/4 | D0302019CR000406 |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | FTA CONTROLLED SUB POSS SCH 1/2 | D0032019CR003154 |
| 1/10/20 | 1/10/20 | 4/7/20 | LKPD | FORGERY | 20CR00382 |
| 1/10/20 | 2/10/20 | 4/7/20 | LKPD | VIOLATION OF A PROTECTION ORDER | 19CR406 |
| 1/10/20 | 2/28/20 | 4/7/20 | JCS5 | FTA FORGERY OF CHECKS | 20CR00382 |
| 1/10/20 | 3/22/20 | 4/7/20 | LKPD | COURT DATE ONLY DO NOT HOLD THIS CHA | 20CR153 |

### Booking Number:    19-21199                    DOB:    09/18/1989

| Booked | Charged | Released | Arrest Agency | Charge Literal | Docket # |
|--------|---------|----------|---------------|----------------|----------|
| 7/25/19 | 7/25/19 | 9/23/19 | LKPD | UNLAWFUL POSS CONTR SUBST-SCH 1/2 | 19CR2750 |
| 7/25/19 | 7/25/19 | 9/23/19 | LKPD | UNLAWFUL POSS CONTR SUBST-SCH 1 OR 2 | PENDING |
| 7/25/19 | 7/25/19 | 9/23/19 | LKPD | DRUG PARAPHERNALIA POSSESSION OF | PENDING |
| 7/25/19 | 7/25/19 | 9/23/19 | LKPD | PV FTC CONTR SUBSTANCE-POSS SCH 3/4/ | 19CR406 |
| 7/25/19 | 8/27/19 | 9/23/19 | LKPD | COURT DATE ONLY DO NOT HOLD THIS CHA | L663634 |
| 7/25/19 | 8/27/19 | 9/23/19 | LKPD | COURT DATE ONLY DO NOT HOLD THIS CHA | L658945 |

### Booking Number:    19-18956                    DOB:    09/18/1989

| Booked | Charged | Released | Arrest Agency | Charge Literal | Docket # |
|--------|---------|----------|---------------|----------------|----------|
| 7/5/19 | 7/5/19 | 7/6/19 | LAMA | FTA SHOPLIFTING | L663634 |

Records Section

Jefferson County Sheriff's Office

Phone (303) 271-5542    *Fax (303) 271-5552*

Run Date:    03/28/2022                                                    Page 1 of 2

```
710   Internal Use
Report Number REC31
MNI  1420006
```

## FOR CRIMINAL JUSTICE AGENCIES

March 28, 2022

RE:  OSHEA,JOHN FRANCIS

DOB:  09/18/1989

The referenced individual was booked into the Jefferson County Detention Facility or issued a summons in Unincorporated Jefferson County as indicated below.

Alias  Name
OSHEA,JOHN

* * *  End of Alias Data  * * *

### JAIL BOOKINGS

| BOOKING DATE | ARREST AGENCY | | CHARGE | DOCKET | COURT |
|---|---|---|---|---|---|
| 1/11/21 | | | | | |
| | LKPD | MITT | 1ST DEG AGG MVT | 21CR130 | JCDF |
| | LKPD | WARRANT | FTA DANGEROUS DRUGS | 20M3175 | DENVER0 |
| | LKPD | | COURT DATE ONLY DO NOT HOLD THIS CHA | 190116 | PAROLE |
| | LKPD | MITT | PWID/DISTRIBUTE >7 GM TO 112 GM | 20CR2117 | ADAMS0 |
| | LKPD | MITT | POSSESS OF WEAPONS BY PREVIOUS OFFEN | 20CR2117 | ADAMS0 |
| 1/10/20 | | | | | |
| | LKPD | | CONTROLLED SUB POSS SCH 1/2/FL/KT/CT | 20CR153 | JC DIV A |
| | LKPD | | THEFT-$300-$750 | PENDING | JC DIV A |
| | LKPD | MITT | FTC PROB VIOL CONTR SUB POSS SC 1/2 | D0302019CR002750 | JCDG |
| | LKPD | MITT | FTC PROB VIOL CONTR SUB POSS SC 3/4 | D0302019CR000406 | JC DIV 8 |
| | LKPD | WARRANT | FTA CONTROLLED SUB POSS SCH 1/2 | D0032019CR003154 | ARAP1 |
| | LKPD | WARRANT | FORGERY | 20CR00382 | DENVER0 |
| | LKPD | MITT | VIOLATION OF A PROTECTION ORDER | 19CR406 | JC DIV 8 |
| | JCSO | WARRANT | FTA FORGERY OF CHECKS | 20CR00382 | DENVER0 |
| | LKPD | | COURT DATE ONLY DO NOT HOLD THIS CHA | 20CR153 | JC DIV 8 |
| 7/25/19 | | | | | |

Dispositions are not maintained by this office.  For disposition information contact the appropriate court.
This agency does not provide information on juvenile arrests other than traffic offenses .
Arrests prior to 1987 may not be reflected.

Records Section
Jefferson County Sheriff's Office
200 Jefferson County Pkwy
Golden, Colorado 80401-2697
Phone (303) 271-5542  FAX (303) 271-5552

Page 1 of 2

CODOC  
REPORT NO. CCSR100 - 01

**CJIS MITTIMUS Form**

**PAGE:** 1 **of** 2  
**PROCESSED:** 09/29/2021 03:54 PM  
**REQUESTOR:** eOMIS

DOC#: 190116

Offender Name: OSHEA, JOHN F  
Current Location: DRDC-INTK/DRDC-Intake Use Only

Transaction Date:     09/29/2021          Time: 03:24:43 PM          Transmitted: 09/29/2021

**DOC Version of Mittimus using Transmitted Data**

Case:     D-001-2020CR002117          County: ADAMS                    **Amended**  
Defendant:     OSHEA, JOHN F

▮▮▮▮9/18/1989

This Defendant was sentenced on:     09/29/2021          Sentence Modified: 09/29/2021  
People represented by:     . ANDERSON, LAURA RENE  
Defendant represented by:     BLODGETT, KRISTEN N

UPON DEFENDANT'S CONVICTION this date of:          03/08/2021  
The defendant pled guilty to:  
Count-Seq/Charge:     2-1/CONTROLLED SUB-POSS W/INT M/H/K/C 7-112G;  
C.R.S.#:     18-18-405(1),(2)(b)(I)(B)                    Class: DF2  
Date of offense(s):     06/24/2020 to 06/24/2020  
                    Finding: FFGY                    Date of finding(s): 03/08/2021  
                    Plea: PLEG                    Date of plea(s): 10/22/2020  
Count-Seq/Charge:     4-1/WEAPON-POSS/PREVIOUS OFFEND-ANY PRIOR FE;  
C.R.S.#:     18-12-108(1)                    Class: F6  
Date of offense(s):     06/24/2020 to 06/24/2020  
                    Finding: FFGY                    Date of finding(s): 03/08/2021  
                    Plea: PLEG                    Date of plea(s): 10/22/2020

Defendant was originally sentenced on 03/08/2021 to COMMUNITY CORRECTIONS  
which is now vacated on: 09/29/2021  
IT IS THE JUDGEMENT/SENTENCE OF THIS COURT that the defendant be Resentenced to  
CUSTODY OF THE EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS

| | | |
|---|---|---|
| Count 2: CONCURRENT with | Case: D 2020CR382 | Denver |
| Count 2: CONCURRENT with | Case: D 2020CR153 | Jefferson |
| DIRECT SNT TO COMM CORRECTIONS | 6 YEARS VACATED | Count-Seq: 2-12 |
| DEPARTMENT OF CORRECTIONS | 6 YEARS | Count-Seq: 2-13 |
| CREDIT FOR TIME SERVED | 317 DAYS | Count-Seq: 2-14 |
| Count 4: CONCURRENT with Count 2 | Case: D 0 0 | Adams |
| Count 4: CONCURRENT with | Case: D 2020CR382 | Denver |
| DIRECT SNT TO COMM CORRECTIONS | 6 YEARS VACATED | Count-Seq: 4-2 |
| Count 4: CONCURRENT with | Case: D 2020CR153 | Jefferson |
| DEPARTMENT OF CORRECTIONS | 6 YEARS | Count-Seq: 4-3 |
| CREDIT FOR TIME SERVED | 317 DAYS | Count-Seq: 4-4 |

| | | |
|---|---|---|
| VICTIM ASSISTANCE | $163.00 | Count-Seq: 2-1 |

| CODOC | **CJIS MITTIMUS Form** | **PAGE:** 1 **of** 2 |
|---|---|---|
| **REPORT NO. CCSR100 - 01** | | **PROCESSED:** 08/16/2021 03:41 PM |
| | | **REQUESTOR:** eOMIS |

**DOC#: 190116**

**Offender Name: OSHEA, JOHN F**
**Current Location: JB-30/Jefferson County Jail**

Transaction Date: 08/16/2021    Time: 03:39:34 PM    Transmitted: 08/16/2021

---

### DOC Version of Mittimus using Transmitted Data

---

Case:  D-016-2020CR000382    County: DENVER    **Amended**
Defendant:  OSHEA, JOHN F

████████ 9/18/1989

This Defendant was sentenced on:    08/16/2021    Sentence Modified: 08/16/2021
People represented by:    BASCIANO, PHIL
Defendant represented by:    BEDARD, CAMERON

UPON DEFENDANT'S CONVICTION this date of:    11/06/2020
The defendant pled guilty to:
Count-Seq/Charge:    2-1/THEFT-$2,000-$5,000;
C.R.S.#:  - 18-4-401(1),(2)(f)    Class: F6
Date of offense(s):    09/18/2019 to 09/25/2019
            Finding: FFGY    Date of finding(s): 11/06/2020
            Plea: PLEG    Date of plea(s): 11/06/2020

---

Defendant was originally sentenced on 11/06/2020 to COMMUNITY CORRECTIONS
which is now revoked on: 08/16/2021
IT IS THE JUDGEMENT/SENTENCE OF THIS COURT that the defendant be Resentenced to
CUSTODY OF THE EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS

8-16-21: ONE YEAR MANDATORY PAROLE /GME.

| | | |
|---|---|---|
| DIRECT SNT TO COMM CORRECTIONS | 1 YEARS REVOKED | Count-Seq: 2-9 |
| CREDIT FOR TIME SERVED | 340 DAYS | Count-Seq: 2-10 |
| DEPARTMENT OF CORRECTIONS | 1 YEARS | Count-Seq: 2-12 |

plus a mandatory period of parole as required by statue.
Months on parole 12

---

| | | |
|---|---|---|
| VICTIM ASSISTANCE | $163.00 | Count-Seq: 2-1 |
| VICTIM COMPENSATION | $163.00 | Count-Seq: 2-2 |
| COURT COSTS | $35.00 | Count-Seq: 2-3 |
| COURT SECURITY CASH FUND | $5.00 | Count-Seq: 2-4 |
| GENETIC TESTING SURCHARGE | $2.50 | Count-Seq: 2-5 |
| PUBLIC DEFENDER APPL RECEIVABLE | $25.00 | Count-Seq: 2-6 |
| REQUEST FOR TIME TO PAY | $25.00 | Count-Seq: 2-7 |
| RESTORATIVE JUSTICE SURCHARGE | $10.00 | Count-Seq: 2-8 |
| RESTITUTION | $3,648.82 | Count-Seq: 2-11 |
| | Assessed:  $4,077.32 | |

AR Form 550-11A (02/15/19)



COLORADO
Department of Corrections

## Case Management Offender Release Check Off Sheet

| Offender Name | | OSHEA, John | | DOC # 190116 | | | Facility: DRDC | |
|---|---|---|---|---|---|---|---|---|
| Reason for Release | | PAROLE to Denver Detainer | | Release Date | | | 08/24/2021 | |
| Family Pickup: Yes  No X | | GREYHOUND: Yes  No X | | G4 Transport: Yes  No X | | | Case Manager: Vaughan | |
| ACTION | Yes | No | N/A | Referred to: | Date | Comments: | | Date completed | Initial |
| Verify release papers | X | | | | 8/23/21 | | | 8/23/21 | DV |
| Transport arrangements | X | | | | 8/23/21 | Denver Sheriffs | | 8/23/21 | DV |
| Updated SRT/RT and Case Plan | X | | | | | | | 8/23/21 | DV |
| NCIC/CCIC check CIJIS check/Denver Courts | X | | | | 8/23/21 | Denver Detainer | | 8/23/21 | DV |
| Law enforcement notification/Parole | | | X | | | | | 8/23/21 | DV |
| Pending grievances | | | X | | | | | 8/23/21 | DV |
| Pending COPD charges | | | X | | | | | 8/23/21 | DV |
| Sex offender registration | | | X | | | | | 8/23/21 | DV |
| Disability benefits | | | X | | | | | 8/23/21 | DV |
| Medical screening & community arrangements | X | | | | 8/23/21 | | | 8/23/21 | DV |
| Mail forwarding request completed | | X | | | | | | 8/23/21 | DV |
| Portfolio | | X | | | | | | 8/23/21 | DV |
| Other | X | | | | 8/23/21 | MAT Information declined | | 8/23/21 | DV |
| Case Manager: Vaughan | | | | Facility: DRDC | | | | Date: 8/23/21 | |
| Completed by Intake/Receiving Staff | | | | | | | | | |
| Release photo | | | | | | | | | |
| State property collected | | | | | | | | | |
| Birth certificate issued | | | | | | | | | |
| Valid Colorado (ID) Identification Card issued | | | | | | | | | |
| Social Security Card issued | | | | | | | | | |
| Personal property returned to offender | | | | | | | | | |
| Other: | | | | | | | | | |

| The below signature of the offender indicates all of the above items to be correct. The offender acknowledges receipt of personal property and monies | |
|---|---|
| Offender Signature: | Date: |
| Identity of offender being release was verified by (print): | |
| DOC Employee Signature: | |

**To: John F. OSHEA**                          **DOC # 190116**

The COLORADO STATE BOARD OF PAROLE considered your application for parole and, believing that you can abide by the conditions of your parole agreement, hereby orders your parole to become effective on **August 24, 2021.** Your parole will dischargé on **August 24, 2022** unless sooner terminated by order of the Board on the motion of your Community Parole Officer or the Parole Board.

## PAROLE ORDER

Parolee will be directed and supervised by Community Parole Officers and Supervisors of the Division of Adult Parole, Department of Corrections, and will be accountable for his/her actions and conduct during this period of parole.
Parolee will abide by all conditions of parole set forth in this agreement and any additional conditions and directives set forth by his/her Community Parole Officer, consistent with the laws of the State of Colorado. Any violation of this agreement and /or any conditions thereof, can lead to the revocation of parole.

### STANDARD CONDITIONS OF PAROLE

**As a condition of every parole:**
**1. Release:** Upon release from the Institution, Parolee shall go directly to **Denver sheriff's Detainer 21CR04788/ Denver County, Colorado** as designated by the Board of Parole. **If released by the above authority prior to the stipulated Colorado parole expiration date, parolee shall report to Dana Sweeney, 236 Wyandot Street, Denver, Colorado 80223, Phone: 800-426-9143 in person or as directed.**
**2. Residence:** Parolee shall establish a residence of record and shall reside at such residence in fact and on record. Parolee shall not change his/her residence without giving prior notification to his/her Community Parole Officer, and shall not leave the state paroled to without permission of the Community Parole Officer.
**3. Conduct:** Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen. Parolee shall follow the directives of and cooperate with the Community Parole Officer.
**4. Report:** Parolee shall make written, and in person, reports as directed by the Community Parole Officer; and shall permit visits to his/her place of residence as required by the Community Parole Officer.
    a. (Not Applicable)
    b. Parolee shall make reports as directed by his/her community parole officer, shall permit residential visits by the community parole officer, and shall allow the community parole officer to make searches of his/her person, residence and/or vehicle.
**5. Weapons:** Parolee shall not own, possess, nor have under his/her control or in his/her custody, firearms or other deadly weapons.
**6. Association:** (Not Applicable)
**7. Employment:** Parolee shall seek and obtain employment, or shall participate in a full time educational or vocational program, unless waived by the Community Parole Officer.
**8. Alcohol/Drugs:** Parolee shall have no alcohol use or possession and shall not frequent any place where the primary purpose is the sale or use of alcohol. Parolee shall not possess and/or use illegal drugs, including the use and/or possession of actual or synthetic marijuana.
**9. Child Support:** Parolee shall contact any delegated child support enforcement unit with whom the parolee may have a child support case to arrange and fulfill a payment plan to pay current child support, child support arrearages, or child support debt owed under a court or administrative order.
**10. Restitution:** Parole Board orders restitution to be paid by parolee, if restitution has been ordered by the court. Parolee must make restitution within the period of time he/she is on parole as specified by the Parole Board.
**11. Financial Responsibilities:** Parolee may be required to pay supervision fees as determined by the Community Parole Officer.

### INDIVIDUALIZED CONDITIONS OF PAROLE
**4. Parolee shall participate in and successfully complete an approved cognitive behavioral therapy program at the discretion of the Community Parole Officer.**
**5. Parolee shall enter, comply with all conditions, and complete the community corrections program as a COP placement at the discretion of the Community Parole Officer.**
**11. Parolee shall participate in a drug/alcohol treatment program.**
**26. Parolee shall have no contact with subject of restraining order.**
**31. Parolee shall obtain an AA/NA sponsor.**
**32. If placed in a treatment program, COP bed, or transitional housing program, offenders must complete such program/placement successfully.**
**38. Parolee shall participate in and successfully complete treatment and complete all requirements indicated by needs assessment.**
**40. Parolee shall submit urinalysis or other tests for narcotics or chemical agents upon the request of the Community Parole Officer, and may be required to pay for all tests.**

**I agree to abide by all the conditions of my parole heretofore set forth, and I do hereby waive extradition to the State of Colorado from any state or territory of the United States or from the District of Columbia, and agree that I will not contest any effort to return me to the State of Colorado at any time before the expiration of my maximum sentence.**

**I have read the foregoing document or have had it read to me and I have full and intelligent understanding of the contents and the meaning thereof; and I have received a copy of this document.**

_____                    _____
**FOR THE COLORADO STATE BOARD OF PAROLE**          **SIGNATURE OF PAROLEE**

**8-23-21**                                         _____
_____                    **WITNESS**
**DATE**
**Distribution: via Offender Portal (ms)**

**Cedillos, Julia A. - DSD Deputy Sheriff**

| | |
|---|---|
| **From:** | Shonk - DOC, Aaron <aaron.shonk@state.co.us> |
| **Sent:** | Monday, August 23, 2021 2:39 PM |
| **To:** | State Transport Office - DSD; Cedillos, Julia A. - DSD Deputy Sheriff |
| **Cc:** | Pamela Dash - DOC; Julie Tollis - DOC |
| **Subject:** | [EXTERNAL] Paroling to Denver Detainer 08/24/2021: OSHEA # 190116 |
| **Attachments:** | OSHEA # 190116 Denver Detainer.pdf |

To:     Denver County Sheriff's Office
Date:    August 23, 2021
Re:     OSHEA, John F.


CDOC# 190116

Denver Detainer: 21CR04788/Theft

The above offender will parole from the Colorado Department of Corrections, 08/24/2021 to your detainer.

Subject is housed at Denver Reception and Diagnostic Center (DRDC), and is scheduled for your pick up at DRDC on **08/24/2021.**

**Please confirm your pick up at DRDC.**  Your detainer will be cancelled 08/24/2021.

--
Very Respectfully,

**Aaron B. Shonk, MPA**
**Court Services**
**Court Work Leader Technician IV**



**COLORADO**
**Department of Corrections**

719-226-4904
1250 Academy Park Loop, Colorado Springs, CO 80910
aaron.shonk@state.co.us  |  www.doc.state.co.us

# COLORADO
## Department of Corrections

## TRAVEL AUTHORIZATION

| Date:<br>08/24/2021 | Complex:<br>Denver Reception And Diagnostic Center |
|---|---|

**This Travel Authorization authorizes the transportation of the inmate(s) listed below off the Facility under the conditions indicated.**

| Destination:<br>PAROLE - DENVER -DETAINER | | Reason for Trip:<br>Escorted Leave | |
|---|---|---|---|
| Stops En Route: | Report To: | | Property/Cargo: |
| Escorted By/Driver:<br>DENVER SHERIFF | Projected Departure Date/Time:<br>08/24/2021    01:47:57 AM | | Projected Return Date/Time:<br>08/24/2021    01:01:01 AM |
| Requested By:<br>LEWIS, DARRYL A | Prepared By (Name, Rank, Date, Time):<br>GIPSON, JULIA L [Corr/Yth/Cln Sec Supv III]<br>08/24/2021 12:00:00 AM | | |
| Vehicle<br>Type/License: | Radio/Cell<br>Phone:<br><br>Call Sign/Phone<br>Number: | Credit Card: | Weapons:<br><br>Type: | Restraints: | Meal: |

| COMPLETE THE FOLLOWING INFORMATION FOR MEDICAL TRANSPORTS ONLY | |
|---|---|
| Medical Records Accompanying Transport:<br><br>Mental Health Records Accompanying Transport: | Medications or other medical instructions: |

| Remarks/Special Instructions/Other: |
|---|
| None |

| INMATES INCLUDED ON THIS TRAVEL AUTHORIZATION | | | | | | |
|---|---|---|---|---|---|---|
| Count | Inmate Name | DOC# | Race | Age | Custody | Photo |
| 1 | OSHEA, JOHN F.<br><br>Precautions:<br>· HCA<br>High Escape Risk<br>High Escape Risk | 190116 | Caucasian | 31 | Maximum |  |
| **1 INMATE(S) on this Travel Authorization and No Others** | | | | | | |

| DANIEL CASTELLANO, Corr/Yth/Cln Sec Off II ☑ | DARRYL LEWIS, Corr/Yth/Cln Sec Supv III ☑ | Received By: (Signature, Time, Date, Location) |
|---|---|---|
| Prepared By<br>Aug 24, 2021 01:48:13 MDT | Approved By Appointing Authority or Designee<br>Aug 24, 2021 01:54:47 MDT | |

<u>CLICK HERE</u> FOR IMPORTANT INFORMATION PERTAINING TO VIRTUAL HEARINGS

## Search by Case Number

Search cases by case number or AB number.

## Name: OSHEA, JOHN  |  Case Number: 21CR04788

Case has been Closed

### Case Information

| Status | Case Type | Violation Date | Date Filed | Courtroom |
|---|---|---|---|---|
| CLOSED | THEFT | 08/11/2021 | | See Below |
| Pay Amount: | $0.00 | | | |
| Location: | 12020 E 39TH AVE DENVER | | | |
| AB Number: | 202120418 | GO Number: | 2021459707 | |

### Party Information

| Party Type | Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|---|
| DEFENDANT | OSHEA | JOHN | F | | 09/18/1989 | |
| **Race** | **Hair** | **Weight** | **Height** | **Eyes** | **Eyeglasses** | |
| WHITE | BROWN | 230 | 608 | GREEN | | |
| | **Attorney Number** | **Attorney Name** | | | | |

### Violation Information

| Violations | Description | Points | Disposition | Class Code |
|---|---|---|---|---|
| 18-4-205 | INV HOLD-BURGLARY TOOLS-POSSESSION | 0 | | F5 |
| 18-4-409 | INV HOLD-MOTOR VEH THEFT/1DEG-$20,000 OR LESS | | | F5 |

### Sentence Information

| Date | Description | | Value | Units | Due Date | Status |
|---|---|---|---|---|---|---|
| 08/12/2021 | SHERIFF SPECIAL INSTRUCTIONS | | | | | |
| | 1 | COMMENT | 0 | | | |
| 08/12/2021 | PTS ENHANCED SUPERVISION | | | | | |
| | 2 | REMOVE PTS IF 90 DY COMPLIANCE | 0 | | | |
| | 1 | RELEASE TO PRETRIAL SERVICE | 0 | | | |

### Action Information

| Date | Action | Judicial Officer | Courtroom | Dispo | Amount |
|---|---|---|---|---|---|
| 08/23/2021 10:00 AM | HEARING ON FILING STATUS | | 2300 | VACATE COURT DATE | |
| 08/23/2021 9:30 AM | HEARING ON FILING STATUS | ANNIS | 2100 | NO CHARGES FILED | |
| 08/21/2021 10:30 AM | HEARING ON FILING STATUS | | 2300 | VACATE COURT DATE | |
| 08/20/2021 11:39 AM | ICJ FILE SCANNED | | | | |
| 08/20/2021 11:33 AM | NO CHARGES FILED | | | | |
| 08/20/2021 11:27 AM | DENVER CITY JAIL IN CUSTODY | | | | |
| 08/18/2021 12:33 PM | MOTION GRANTED | | 2300 | | |
| 08/18/2021 10:00 AM | HEARING ON FILING STATUS | WHEELER | 2300 | SET NEW COURT DATE | |
| 08/17/2021 11:00 PM | PAPER REVIEW | WHEELER | 2300 | HEARING HELD | |

Printed: 04/28/22 2:26 PM

## Case Number: 21CR04788

Page 1 of 2

### Case Information
DCC Case No: 21CR04788   State Case No:

| Status | Case Type | Vio Date | Date Filed | Trial Ctrm | DV |
|---|---|---|---|---|---|
| CLOSED | THEFT | | 08/11/2021 | | N |

Location: 12020 E 39TH AVE DENVER

### Party Information
DCC Case No: 21CR04788    **1 Party**

DEFENDANT

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| OSHEA | JOHN | F | | 09/18/1989 | |

Address: 3225 W 31ST AVE
DENVER, CO 80211

Phone:
Language:

### Violations
DCC Case No: 21CR04788

| Disposition | CRS | Class | Description | Points |
|---|---|---|---|---|
| 1 | 18-4-205 | F5 | INV HOLD-BURGLARY TOOLS-POSSESSION | 0 |
| 2 | 18-4-409 | F5 | INV HOLD-MOTOR VEH THEFT/1DEG-$20,000 OR L | 0 |

### Sentence Information
DCC Case No: 21CR04788

| Date/Description | Value | Units | SOE Date | Due Date | Status |
|---|---|---|---|---|---|
| **08/12/2021** | | | | | |
| SHERIFF SPECIAL INSTRUCTIONS | | | | | |
| PTS ENHANCED SUPERVISION | | | | | |
| 1   RELEASE TO PRETRIAL SERVICE | | | | 00/00/00 | |
| 2   REMOVE PTS IF 90 DY COMPLIANCE | | | | 00/00/00 | |

### Action Information
DCC Case No: 21CR04788

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 04/28/22 14:10 WRIT REQUESTED | | | 160 | | |
| 08/23/21 10:00 HEARING ON FILING STATUS | | | 2300 | VACATE COURT DATE | |
| 08/23/21 09:30 HEARING ON FILING STATUS | | Magist M Annis | 2100 | NO CHARGES FILED | |
| Minute #1   JUDGE MTA: [NOCHRG] (by: ANO) | | | | | |
| Minute #2   No charges filed, case closed (by: ANO) | | | | | |
| 08/21/21 10:30 HEARING ON FILING STATUS | | | 2300 | VACATE COURT DATE | |
| Minute #1   21CR04788 DOWNFILED TO 21M04585 - MITT SENT. GAS | | | | | |
| 08/20/21 11:39 ICJ FILE SCANNED | | | | | |
| 08/20/21 11:33 NO CHARGES FILED | | | | ELE | |
| 08/20/21 11:27 DENVER CITY JAIL IN CUSTODY | | | | ELE | |
| 08/18/21 12:33 MOTION GRANTED | | | 2300 | | |
| Minute #1   08-18-21 ON RECORD.  YSW | | | | | |
| 08/18/21 10:00 HEARING ON FILING STATUS | | Judge T Wheeler | 2300 | SET NEW COURT DATE | |
| Minute #1   JUDGE TXW: [SET] (by: LXC) | | | | | |
| Minute #2   DA TIERNEY MTNS THE COURT FOR ENLARGEMENT OF TIME.<br>COURT GRANTS MOTION, GIVING THE DA'S OFFICE AN ADDITIONAL 48 HRS.  (by: LXC) | | | | | |
| 08/17/21 23:00 PAPER REVIEW | | Judge T Wheeler | 2300 | HEARING HELD | |
| Minute #1   JUDGE TXW: [HELD] | | | | | |
| Minute #2   NO ACTION TAKEN on the District Attorney's MOTION for Enlargement of Time; the same was granted on the record on 8/18/21 | | | | | |
| 08/17/21 14:00 MOTION TO ENLARGE TIME TO FILE | | | 2300 | | |
| 08/12/21 10:30 BOND SET | | | 2300 | | 5,000.00 |
| 08/12/21 10:30 WAIVER OF EXTRADITION | | | 2300 | | |
| 08/12/21 10:30 PO/BOND TRANSF TO CASE FILED | | | 2300 | | |
| 08/12/21 10:30 1ST ADVISEMENT | | Magist K Boland | 2300 | DEFENDANT ADVISED | |
| Minute #1   JUDGE KAB: [DEFADV], Set ADVS2, BOND SET-$5000.00, Military-No (by: YSW) | | | | | |
| Minute #2   Def p IC w/ PD Vigil; DA Bell; reading and advisement waived; advised under 18-1-1001 CRS; advised to if bond apply/ provided instructions for PD; PC existed at time of arrest; bond reserved (by: YSW) | | | | | |

Colorado Department of Corrections
Name John Silva
Register Number 190116
Unit No. box 6-2-1
Box Number PO Box 1005
City, State, Zip Canon City CO 81215 (719) 269 8271

RESTRICTED INSPECTION
MAIL

US District Court
22-cv-01605-GPG
901 19th St
Denver CO 80294



quadient
FIRST-CLASS MAIL
IMI
$001.92 º
09/16/2022  ZIP 81212
043M012293188

US POSTAGE



RESTRICTED INSPECTION
MAIL

RESTRICTED INSPECTION
MAIL

OFFENDER LAST NAME   INT
DOC#   130116 Ospina   I
STAFF LAST NAME   INT   ID#
FACILITY
Blanc
DATE REC'D   9/15/22
Restricted ID...    ...ID